IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 1:24cr65 HSO-RPM |
| EVAN DEMON MCDONALD | 18 U.S.C. § 922(a)(6)<br>18 U.S.C. § 924(a)(1)(A) |

**The Grand Jury charges:**

COUNT 1

On or about July 21, 2022, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **EVAN DEMON MCDONALD**, in connection with the acquisition or attempted acquisition of a firearm from Academy Sports + Outdoors, a licensed dealer of firearms within the meaning of Title 18, United States Code, Chapter 44, knowingly made a false and fictitious written statement to Academy Sports + Outdoors, which statement was intended and likely to deceive Academy Sports + Outdoors as to a fact material to the lawfulness of the acquisition of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that he was the actual transferee/buyer of the firearm when answering Block 21.a. on Department of Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, whereas in truth and in fact the defendant knew that he was buying the firearm for someone else.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 2

On or about July 21, 2022, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **EVAN DEMON MCDONALD**, knowingly made a false statement and representation to Academy Sports + Outdoors, an entity licensed under the provisions of Title 18, United States Code, Chapter 44, with respect to information required by the provisions of Title 18, United States Code, Chapter 44, to be kept in the records of Academy Sports + Outdoors, in that the defendant represented that he was the actual transferee/buyer of the firearm when answering Block 21.a. on Department of Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, whereas in truth and in fact the defendant knew that he was buying the firearm for someone else.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## **NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of

forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461.

_____
for    TODD W. GEE
United States Attorney

A TRUE BILL:

s/Redacted Signature
_____
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the _____ day of June 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3